BYRON J. STROUGH et al., Appellants, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Respondent.

*Strough* v. *N. Y. C & H. R. R. R. Co.*, 92 App. Div. 584, affirmed.
(Argued March 6, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 15, 1904, affirming a judgment in favor of defendant
entered upon a verdict and an order denying a motion for a
new trial.

*Wayland F. Ford* for appellants.

*Henry Purcell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN and WERNER, JJ. Not sitting: GRAY, J.

———————

THE T. B. CLARK COMPANY, Appellant, *v.* MOUNT MORRIS
BANK, Respondent.

*Clark Company* v. *Mount Morris Bank*, 85 App. Div. 362, affirmed.
(Submitted March 6, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered July
21, 1903, affirming a judgment in favor of defendant entered
upon a verdict directed by the court and an order denying a
motion for a new trial.

*Edmund T. Oldham* for appellant.

*James J. Allen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.